IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERRICK L. WALKER,**

    **Plaintiff,**

v.                                                Case No. 1:19-cv-182-AW-GRJ

**PROGRESSIVE SELECT INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Derrick Walker sued Progressive Select Insurance Company, asserting various claims related to its claim handing. Progressive moved to dismiss, and the magistrate judge issued a report and recommendation that recommended dismissal. ECF No. 25. No objections have been filed. I have considered the report and recommendation, which I now adopt and incorporate into this order. The motion to dismiss (ECF No. 13) is GRANTED, and the Complaint (ECF No. 1) is DISMISSED without prejudice.

Because it is not clear that Walker could not allege to state a claim for breach of contract (as opposed to a bad-faith claim, which the report and recommendation correctly concludes is unripe), I will allow Walker to file an amended complaint. He must do so within 20 days; otherwise he will be deemed to have abandoned the case.

1

If Walker timely files an amended complaint, the clerk must return the matter to the magistrate judge for further proceedings.

SO ORDERED on September 25, 2020.

s/ *Allen Winsor*
United States District Judge